IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 4:25-MJ-00404-2 |
| | § | |
| LIREN LAI | § | |

# NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE PETER BRAY, UNITED STATES MAGISTRATE JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW, JAMES M. KENNEDY, and enters his appearance as co-counsel for Defendant, LIREN LAI, in the above-captioned matter.

    Respectfully submitted,

    */s/ James M. Kennedy*
    JAMES M. KENNEDY
    Federal ID No. 30414
    TBA No. 24008754
    1001 McKinney Street, Suite 1600
    Houston, Texas 77002
    Telephone: (713) 228-8500
    Facsimile: (713) 228-0034
    Email: JamesKennedy@skjm.law

    Co-counsel for Defendant,
    LIREN LAI

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF.

*/s/ James M. Kennedy*
JAMES M. KENNEDY