United States District Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | NO. 4:25-MJ-00404-2 |
| LIREN LAI | § § | |

## ORDER

Defendant's Motion to Substitute Counsel is hereby: GRANTED. Kent A. Schaffer is substituted as counsel for LIREN LAI in place and instead of Matt Hennessy.

SIGNED AND ENTERED on this the 8th day of July, 2025.

PETER BRAY
UNITED STATES MAGISTRATE JUDGE