Case 4:25-mj-00404   Document 10   Filed on 07/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
July 11, 2025
Nathan Ochsner, Clerk

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Case No. 4:25–mj–00404 |
| Liren Lal | § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **California Northern District Court, San Francisco division, in 3:25MJ70788 (charging District's case number).**

**The defendant may need an interpreter for this language: MANDARIN.**

The defendant will retain an attorney.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: July 11, 2025

_____
Peter Bray
United States Magistrate Judge